No. 75–22. NATIONAL LABOR RELATIONS BOARD *v.* HERTZKA & KNOWLES. C. A. 9th Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari. 

No. 74–1241. IN RE HANSON. C. A. 9th Cir. Certiorari denied. MR. JUSTICE MARSHALL and MR. JUSTICE BLACKMUN would grant certiorari. 

No. 74–1352. IOWA INDEPENDENT BANKERS *v.* BOARD OF GOVERNORS OF THE FEDERAL RESERVE SYSTEM ET AL. C. A..D. C. Cir. Certiorari denied. MR. JUSTICE BLACK-MUN took no part in the consideration or decision of this petition. 

No. 74–1482. TELECO, INC. *v.* SOUTHWESTERN BELL TELEPHONE Co. C. A. 10th Cir. Certiorari denied. MR. JUSTICE BLACKMUN took no part in the consideration or decision of this petition. 

No. 74–1633. ANHEUSER-BUSCH, INC. *v.* TEAMSTERS LOCAL No. 633, NATIONAL CONFERENCE OF BREWERY & SOFT DRINK WORKERS, ET AL. C. A. 1st Cir. Certiorari denied. MR. JUSTICE POWELL took no part in the consideration or decision of this petition. 

No. 74–6629. TAYLOR *v.* BUICK MOTOR DIVISION, GENERAL MOTORS CORP. C. A. 6th Cir. Certiorari denied. MR. JUSTICE POWELL took no part in the consideration or decision of this petition.

No. 75–210. CAPEHART ET AL. *v.* CITY OF CHESAPEAKE ET AL. Cir. Ct. City of Chesapeake, Va. Certiorari denied. MR. JUSTICE POWELL took no part in the consideration or decision of this petition.